135 P.3d 155

# SUPREME COURT OF HAWAI'I

| | | | |
|---|---|---|---|
| State v. Mikasa.................. | 25776, 25777, 25778 | 05/04/2006  Granted | 110 Hawai'i 441, 134 P.3d 607 |